

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **TROY MATTOS; JAYZEL MATTOS**, | No. 08-15567 |
| Plaintiffs - Appellees, | D.C. No. 07-CV-00220-DAE |
| v. | |
| **DARREN AGARANO; RYAN AIKALA; STUART KUNIOKA; HALAYUDHA MACKNIGHT**, | **ORDER** |
| Defendants - Appellants, | |
| and | |
| **MAUI COUNTY**, | |
| Defendant. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.